# United States District Court

### NORTHERN DISTRICT OF IOWA

FILED
02 MAY -8 AM 8: 32

UNITED STATES OF AMERICA

**V.**

LUCAS JOHN HELDER

## CRIMINAL COMPLAINT

CASE NUMBER: 02-~~15M~~ 35M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about **May 3, 2002** in **Cedar** county, in the

**Northern** District of **Iowa** defendant(s) ~~did~~ (Track Statutory Language of Offense)

Count 1: maliciously damaged and destroyed, by means of an explosive, real or personal property used in interstate commerce or in an activity affecting interstate commerce. The property was a mailbox, and injury resulted to a person as a result of defendant's conduct.

Count 2: knowingly used and carried a firearm (a destructive device commonly called a pipe bomb), during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that crime being the one alleged in Count 1 of this Complaint, and possessed the firearm in furtherance of the crime alleged in Count 1

in violation of Title **18** United States Code, Section(s) **844(i); 924(c)** .

I further state that I am a(n) **SA Scott B. French w/FBI** and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____<br>Signature of Complainant

Sworn to before me and subscribed in my presence,

**5/7/02** at **Cedar Rapids, Iowa**
Date                                                       City and State

JOHN A. JARVEY
CHIEF MAGISTRATE JUDGE

Name & Title of Judicial Officer                                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

STATE OF IOWA    )
                 )    ss:
COUNTY OF LINN  )

I, Scott B. French, Special Agent, Federal Bureau of Investigation (FBI), being first duly sworn on oath state:

1.      I have been a Special Agent for the past 18 years with the FBI.  I am assigned to the FBI office in Cedar Rapids, Iowa.  My duties and responsibilities include investigation of violation of federal criminal laws.

2.      For approximately the past four days, I have assisted in the investigation of a series of pipe bomb destructive devices that have been recovered from or have exploded in rural mailboxes in Iowa, Illinois, Nebraska, Colorado, and Texas during that time.  The information set out below is based upon my personal investigation and information provided to me by other law enforcement officers assisting in this investigation.  This affidavit does not contain all of the information concerning this investigation that is known to me or government agents, but sets forth only those relevant facts necessary to establish probable cause that Lucas John Helder committed the offenses set forth in the complaint.

3.      At about 11:20 a.m. on May 3, 2002, Mr. and Mrs. Bryce Werling drove to their mailbox located east of the intersection of Highway 38 and 201st Street in Tipton, Iowa.  The address of this mailbox is 1300 201st Street, Tipton, Iowa.  While still seated in the vehicle, Mrs. Werling opened the mailbox and retrieved mail from inside the box.  Mrs. Werling then reached to the back of the box in order to remove another object she observed in the box.  Mrs. Werling later described this object as in the shape of a long tube

1

approximately one to two inches in diameter with strings or wires protruding from the device. Mrs. Werling also observed a plastic ziplock-type bag in the mailbox. Mrs. Werling reached into the mailbox with her right hand and grabbed the item. Before she completely removed the item, it exploded. Mrs. Werling sustained injuries to her forehead, face, arms and hands. In addition, a tooth was knocked out and her eardrums were ruptured. She was driven to a local hospital by her husband and later transferred to University of Iowa Hospitals in Iowa City.

4. On May 3, 2002, at the scene of the Werlings' mailbox, law enforcement officers recovered a piece of pipe approximately several inches long; remnants of metal end caps; black powdery residue; black electrical tape; remnants of a clear plastic bag; a nine-volt battery; and other remnants of the device. The mailbox was destroyed. Parts of the mailbox were found more than 80 feet away from the original location of the box. Law enforcement officers also recovered the remains of a typewritten letter. This letter appears to be identical to letters recovered from several other mailboxes in which pipe bombs have been discovered in the Midwest between about May 3, 2002, and May 7, 2002.

5. Beginning on May 3, a series of pipe bomb destructive devices were discovered in rural mailboxes in Iowa, Illinois, Nebraska, Colorado, and Texas. Several of these pipe bombs have exploded, and several people have been injured. All of the explosive devices discovered to date contain similar components including a one inch by six inch metal pipe sealed with end caps, powder, a nine-volt battery, what appears to be lead shot and/or nails. It is believed at this time that the same individual is responsible for all the pipe bombs placed in the rural mailboxes given the similarity of the devices and the

2

similarity of letters found at the various locations.

6.      On May 6, 2002, the adoptive father of Lucas John Helder contacted Lt. Wendy Stelter, Menomonie Police Department. FBI Special Agent Scott Pulver has interviewed Lt. Stelter, and I reviewed SA Pulver's notes from that interview. Helder's adoptive father told Stelter that he received a letter from Helder earlier on May 6 and was disturbed over the contents of the letter. Helder's adoptive father said he believed his son was responsible for the pipe bombings recently reported in various states. Helder's adoptive father stated that the letter referred to death and dying, as well as several anti-government comments. Additionally, Helder referred to an elaborate plan that he was prepared to carry out and that he was willing to die for it or go to prison for it. According to Helder's adoptive father, Helder also said "Mailboxes are exploding." The letters referred to in paragraph 4 start out: "Mailboxes are exploding." Later in the evening on May 6, Helder's adoptive father said that his son's roommate called and told Helder's adoptive father about possible bomb-making materials found under Helder's bed in his Menomonie apartment. While on the telephone, Helder's adoptive father learned that his son was on the telephone of a neighbor and learned from the conversation that Helder was in Colorado.

7.      On May 7, 2002, FBI Special Agent Scott Pulver interviewed Helder's roommate and two other persons. I have reviewed the notes taken by SA Pulver during that interview. The information set forth below is information provided by these three individuals to SA Pulver.

a.      Lucas J. Helder is a white male born on May 5, 1981, and is in

3

his third year of school at the University of Wisconsin-Stout, majoring in industrial technology. Helder's adoptive father is from Minnesota. Lucas Helder lives in an apartment in Menomonie, Wisconsin, with a roommate. Helder and his roommate have lived in the apartment since the beginning of the school year in late August or early September 2001. The apartment has two bedrooms, with each person having his own room; they do not have any other roommates.

b. On May 2, 2002, Helder's roommate was gone from the apartment from approximately noon until 4:00 or 4:30 p.m.; when he returned, he found a handwritten note from Helder that said Helder was going to Madison to party for the weekend. The note stated: "Fuck work, just kidding, I'll call in sick." The roommate believed this was out of character for Helder because Helder has not skipped work before and does not unexpectedly go away for the weekend unless it is to return to his parents' home in Minnesota.

c. On May 4, 2002, between 2:00 and 3:00 p.m., Helder's roommate checked the messages on the answering machine at his apartment and listened to a message from Lucas Helder. Helder said that he would not be home that night and might not be home the next night (May 5). Helder also said to

4

check the news and act accordingly.

d.    On Monday, May 6, 2002, Helder's roommate had two messages on his answering machine from Helder's adoptive father. Helder's roommate called Helder's adoptive father shortly after 4:45 p.m. and Helder's adoptive father said he was disturbed by a note he received from Lucas Helder. Helder's adoptive father read the note to Helder's roommate and the note stated that Helder thought his parents were strong enough to deal with his beliefs. Helder's adoptive father also said something about pipe bombs and Helder's roommate believed this was in reference to pages printed off the Internet that Lucas Helder sent with the note.

e.    On May 6, between approximately 10:00 and 11:00 p.m., Helder's roommate, along with two other people, went into Helder's bedroom to find out if Helder could be responsible for the pipe bombs left in the mailboxes. One person found a white plastic shopping bag under the bed. The bag contained a large box of nails, a box of paperclips, and two black plastic bottles that said shotgun or gun powder and the words "extremely flammable." One of the bottles was heavy and one was light, as if it was close to empty . They also found a blue plastic funnel and a receipt dated 4/17/02, 8:22 p.m., that

5

detailed the purchase of 15 to 20 pipe casings or something similar, along with other items including paperclips. None of these individuals had seen these items before in the apartment.

f. A friend of Helder's roommate recently read a note to Helder's roommate that was connected to the pipe bombings. This friend obtained the note from the Internet. Helder's roommate believed the note sounded like Helder's beliefs of being sick of the government controlling people. According to Helder's roommate, within the last year Helder has developed a strong interest in the area of "astro projection" and out-of-body experiences. Helder has also said that death is the way of going on to another life and is looking forward to it as a new experience.

g. Helder's roommate also stated that Helder bought a cellular telephone within the last week and has been carrying around $200 - $300 in twenty-dollar bills recently. Helder normally carried approximately $10. Prior to a few weeks ago, Helder would normally deposit his payroll checks, amounting to $200 - $300 every two weeks, into Helder's checking account. Helder would use checks and a bank card to pay for expenses.

8. On May 7, 2002, FBI Special Agent Brian Bartholmey interviewed Helder's

6

adoptive father. I have reviewed the notes taken by SA Bartholmey during that interview.

Helder's adoptive father stated that on May 6, 2002, he received a letter addressed to him,

his wife, and his daughter at their home in Minnesota. The envelope was postmarked

Omaha, Nebraska, and contained numerous papers including one type-written letter

signed "Luke Helder", a two-page hand-written letter signed "Luke", a single-page cover

sheet titled "Explosions", and a six-page article titled "Life on Earth" and signed "Lucas

Helder." The handwritten letter contained the following language "If I don't make it through

this ordeal (if the gov't doesn't realize I can help) then I'll have to get out of here for awhile."

Helder's adoptive father advised that his son was driving a 1992 gray Honda Accord with

Minnesota license plate EZL-873.

9.     I have reviewed the documents described in the above paragraph and they

are similar in text and tone to the letters recovered with most of the mailbox bombs.

Helder's adoptive father also told SA Bartholmey that Helder called his best friend.

Helder's adoptive father got on the phone and asked the friend what was happening.

Helder said there was a "change of plans" and spoke of dying if "this" doesn't work and "I

may have to blow myself away."

10.     Law enforcement records show Helder was stopped for traffic matters three

times since May 4, 2002. Each time he was driving the Honda Accord described above.

The first stop was May 4, 2002, at about 12:17 a.m. central time, near St. Edward,

Nebraska. This is about 12 miles from Albion, Nebraska, where a pipe bomb was found in

a rural mailbox later on May 4, 2002. When the law enforcement officer approached

Helder, Helder stated "I didn't mean to hurt anybody" or words to that effect. The officer

7

advised Helder that Helder had only been stopped for speeding. On May 4, 2002, at approximately 2:00 p.m. central time, Helder was stopped near Watonga, Oklahoma, for failure to wear a seatbelt. Helder advised the state trooper that he spent Friday in a small hotel outside of Omaha and that he was headed toward Arizona. The trooper cited Helder for an expired driver's license. Helder told the trooper he was very tired and needed to find a motel room. On May 5, 2002, at approximately 2:53 p.m. mountain time, Helder was stopped for speeding at Fowler, Colorado. The trooper advised the driver appeared to be very nervous and had very watery eyes like he was going to cry. On May 6, 2002, a pipe bomb was discovered in a mailbox in rural Colorado.

11. On May 7, 2002, FBI Agents in Rochester, Minnesota, received information from the Goodhue County Sheriff's Office in Red Wing, Minnesota, that, in May of 1998, Lucas Helder was accused of threatening to blow up a mailbox belonging to a friend.

12. Information regarding Helder's credit card activity was obtained through a Grand Jury subpoena. This information disclosed that a charge was made on a credit card belonging to Helder at the Pump and Pantry in Grand Island, Nebraska, on May 4, 2002, at approximately 3:02 a.m. A check of the surveillance cameras from the Pump and Pantry for this date and time show a white male entering the location and then leaving a short time later in a vehicle similar to the description of Helder's vehicle.

13. On May 7, 2002, a handwritten letter recovered at a Scotia, Nebraska, bomb scene was sent to the FBI Laboratory for analysis. This letter was compared against the handwritten letter received by Helder's adoptive father from Helder on May 6, 2002. FBI Laboratory document examiner Merideth DeKalb, after conducting a preliminary

8

examination of the documents, concluded that the writings in the letters had similar characteristics.

14. At approximately 4:15 p.m. on May 7, 2002, Helder contacted two friends in Minnesota by phone. According to these two individuals Helder admitted responsibility for the mailbox pipe bombings in those conversations.

15. I am aware that there has been extensive local and national media coverage in the past several days of the mailbox pipe bombings referenced above.

16. Based upon the foregoing I respectfully submit that there is reasonable cause to believe Lucas John Helder has committed the offenses set out in the attached criminal complaint.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Scott B. French, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me by SCOTT B. FRENCH on this 7th day of May, 2002.

_____
JOHN A. JARVEY
Chief Magistrate Judge
UNITED STATES DISTRICT COURT

9